# Disciplinary action

Records matching your search criteria = 1

**Search again (/attorney-discipline/disciplinary-decisions.cfm)** .

---

**Martin F McMahon**

Get member address

**Date of Action:** January 23, 2019

**Type of action:** Court action

**Summary of Action:** McMahon was suspended on an interim basis based upon discipline imposed in Virginia.

**Date of Action:** October 20, 2011

**Type of action:** Informal Admonition

**Summary of Action:** Bar Counsel issued McMahon an informal admonition. While retained to represent a client in a civil matter, McMahon failed to provide competent representation, failed to serve a client with skill and care commensurate with that generally afforded to clients by other lawyers in similar matters, failed to represent a client zealously and diligently within the bounds of the law, and failed to act with reasonable promptness in representing a client. Rules 1.1(a), 1.1(b), 1.3(a), and 1.3(c).



**Read informal admonition ( /customcf/digitize.cfm?filename=informal_admonition/20111020McMahon&directory=discipline)**

EXHIBIT 18