# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICIA TOMASELLO,** *et al.*   ) | |
|                                   ) | |
|     **Plaintiffs,**               ) | |
|                                   ) | |
| **v.**                            ) | Civil Action No.: 1:19-cv-00384-KBJ |
|                                   ) | |
| **JAMIE GREENZWEIG,** *et al*.    ) | |
|                                   ) | |
|     **Defendants.**               ) | |

## MOTION TO QUASH

Defendant Hasina Lewis, by counsel, pursuant to Fed. R. Civ. P. 4, moves this Court to quash for improper service. In support of this Motion, defendant refers the Court to the Memorandum in Support of her Motion to Quash, filed herewith.

WHEREFORE, defendant Hasina Lewis requests that this Court grant her Motion and enter an Order quashing the attempted service of the Complaint.

**HASINA LEWIS**

By:   /s/ David D. Hudgins
      Counsel

David D. Hudgins, Esquire; D.C. Bar No. 362451
HUDGINS LAW FIRM, P.C.
515 King Street, Suite 400
Alexandria, Virginia  22314
(703) 739-3300
dhudgins@hudginslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing (NEF) to all counsel of record.

By: /s/ David D. Hudgins

MARTIN F. MCMAHON &
ASSOCIATES

1717 K STREET N.W., SUITE 900
WASHINGTON, D.C. 20006

CERTIFIED MAIL

7018 3090 0001 0035 8799

U.S. POSTAGE PAID
FCM LG ENV
WASHINGTON, DC
20036
FEB 15, 19
AMOUNT
**$7.75**
R2304W120881-22

1000   22030

Hasina Lewis
4103 Chain Bridge Road Suite 401
Fairfax, Virginia 22030