## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PATRICIA TOMASELLO,** *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 1:19-cv-00384-KBJ** |
| | ) | |
| **JAMIE GREENZWEIG,** *et al*. | ) | |
| | ) | |
| **Defendants.** | ) | |

### MOTION TO DISMISS

Defendant Hasina Lewis, by counsel, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), moves the Court to dismiss this suit against her for lack of subject matter jurisdiction, improper venue, and failure to state a claim upon which relief can be granted.

In support of this Motion, defendant refers the Court to the Memorandum in Support of Motion to Dismiss, filed herewith.

**HASINA LEWIS**

By:     /s/ David D. Hudgins
         Counsel

David D. Hudgins, Esquire; D.C. Bar No. 362451
HUDGINS LAW FIRM, P.C.
515 King Street, Suite 400
Alexandria, Virginia  22314
(703) 739-3300
dhudgins@hudginslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing (NEF) to all counsel of record.

By: /s/ David D. Hudgins
Counsel