IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICIA TOMASELLO, et al.

    Plaintiffs

v.

JAMIE GREENZWEIG, et al.

    Defendants

Case No. 1:19-cv-00384 (KBJ)

## DECLARATION OF MARTIN MCMAHON

Martin McMahon declares, under penalty of perjury, as follows:

1. I am over eighteen years old, am a Plaintiff in the instant case, and have personal knowledge of the following facts.

2. In October 2016, I negotiated an agreement with Defendant Hasina Lewis to serve as local Virginia licensed counsel for Patricia Tomasello in her lawsuit against the Fairfax County Fire Department in Fairfax County Circuit Court. Ms. Lewis and I memorialized this agreement in emails dated October 10, 2017, a true and accurate copy of which is at Exhibit 2. Ms. Lewis agreed therein to accompany me and my firm to all court proceedings and to take the case to trial if necessary. She also agreed therein to split the 30% contingency fee with me.

3. After Judge Kassabian allowed two counts to stand in response to FCFD's demurrer. Jamie Greenzweig then filed a motion for reconsideration of Judge Kassabian's ruling that presented no new facts and did not argue caselaw. In hindsight, it is clear to me that she expected the motion to be granted because we could not oppose it due to the conspiracy among Ms. Greenzweig, Hasina Lewis, and Michael Reilly.

4. The reason I could not oppose the Motion for Reconsideration, even though it was devoid of new facts and new caselaw, is that unbeknownst to me, Lewis had agreed not to show up.

1


PLAINTIFF'S EXHIBIT

Since under Virginia procedure an out of state attorney cannot speak unless he is accompanied by a Virginia attorney, that is why he could not oppose the Motion.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_____ 5/20/19
Martin McMahon/Date