**From:** Hasina Lewis  hlewis@bugglawfirm.com
**Subject:** Re: Tomasello v Reily
**Date:** October 10, 2016 at 4:46 PM
**To:** Martin McMahon  mm@martinmcmahonlaw.com

Confirmed.

Sincerely,
Hasina A. Lewis
Attorney At Law

Main Office:
4103 Chain Bridge Road, Suite 103
Fairfax, Virginia 22030

By Appointment Only:
1100 North Glebe Road, Suite 1010
Arlington, Virginia 22201

(703) 591-4507 - Office
(703) 991-8307 - Fax
www.bugglawfirm.com

CONFIDENTIALITY NOTICE: This electronic mail transmission has been sent by a lawyer. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and also please notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Thank you for your cooperation.

On Mon, Oct 10, 2016 at 1:27 PM, Martin McMahon <mm@martinmcmahonlaw.com> wrote:
> Dear Ms. Lewis,
>
> This will serve to confirm that you will work with us in terms of advancing the case of Tomasello v. Reily currently pending in Fairfax County. Unless prior commitments dictate otherwise, you will accompany us to all proceedings and you agree to take this matter to trial if necessary. As compensation, you agree to take 50% of our 30% contingency fee whether the case settles or goes to court.
>
> Please confirm.
> Martin F. McMahon
>
> --
> **Martin F. McMahon, Esq.**
> **Martin McMahon & Associates**
> **1150 Connecticut Ave., N.W., Suite 900**
> **Washington, D.C. 20036**
> **Tel: (202) 862-4343**
> **Fax: (202) 828-4130**
>
> This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. ************************************************************************
> IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.



PLAINTIFF'S EXHIBIT